## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ONDRAY COWARD,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE CAROLYN
ELLSWORTH, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 71102

**FILED**

OCT 13 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is a petition for a writ of prohibition challenging the bail amount set by the district court. Petitioner John Coward argues that the district court exceeded its jurisdiction in imposing bail in the amount of $500,000 for invasion of the home, burglary, battery resulting in substantial bodily harm constituting domestic violence, first-degree kidnapping, and assault with a deadly weapon. Coward seeks an order imposing standard bail in the amount of $52,500 ($45,000 for the above-listed charges and $7,500 for an Arizona fugitive warrant) or an order releasing Coward on his own recognizance.

Based upon our review of the documents submitted in this matter, we decline to exercise our original jurisdiction.[1] *See* NRS 34.320;

---

[1]We note that in addition to seeking a writ of prohibition, Coward indicated in the title of his original petition that he was seeking a writ of mandamus. However, Coward failed to set forth any relevant law or authority relating to a writ of mandamus. Therefore, Coward fails to demonstrate that mandamus relief is warranted. *See* NRS 34.160.

16-32009

NRS 34.330. Coward has not provided any argument that the district court failed to consider the factors set forth in NRS 178.498 and 178.4853. Further, Coward has not provided this court with a complete record for review as the appendix is missing transcripts of the hearings in which bail was addressed at the justice court and the district court. *See* NRAP 21(a)(4). Accordingly, we

ORDER the petition DENIED.

_____ Cherry _____, J.
Cherry

_____ Douglas _____, J.
Douglas

_____ Gibbons _____, J.
Gibbons

cc:     Hon. Carolyn Ellsworth, District Judge
        Law Office of Nadine Morton
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk